

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2020

No. 04-19-00825-CV

Bryan Scott **KEHOE** and Tanita Faye Kehoe,
Appellants

v.

**KENDALL COUNTY**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 19-460
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

This appeal is at issue and ready to be submitted to the court. Appellants filed their brief on February 24, 2020. Appellee filed its brief on March 10, 2020. Appellants' reply brief, if any, is due on before March 30, 2020. *See* TEX. R. APP. P. 38.6 (c). However, under the Texas Rules Appellate Procedure, an appeal may be considered and decided before a reply brief is filed. *See* TEX. R. APP. P. 38.6 (c) (authorizing an appellate court to consider and decide a case before a reply brief is filed).

On March 25, 2020, appellants filed a motion for an extension of time to file a reply brief. On March 26, 2020, appellee filed a response opposing appellants' motion for an extension of time to file a reply brief.

We GRANT appellants' motion for an extension of time to file a reply brief as follows. Appellants' reply brief, if any, is **due on or before April 29, 2020**. However, appellants are advised that this court may decline to grant any future extensions of time to file a reply brief. *See* TEX. R. APP. P. 38.6 (c) (authorizing an appellate court to consider and decide a case before a reply brief is filed).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court